UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC,<br><br>Plaintiff,<br><br>vs.<br><br>HARESH PATEL, INDIVIDUALLY and d/b/a JAX SPORTS GRILL; VICK PATEL, INDIVIDUALLY and d/b/a JAX SPORTS GRILL; SHILPA PATEL, INDIVIDUALLY and d/b/a JAX SPORTS GRILL and JAYKAN, INC., a business entity d/b/a JAX SPORTS GRILL,<br><br>Defendants. | Case No. 5:11-cv-633 -FL<br><br>ENTRY OF DEFAULT |

This matter, coming on before the undersigned Clerk of Court, upon Plaintiff G&G Closed-Circuit First Amended Motion for Entry of Default against HARESH PATEL, JAYKAN, INC, SHILPA PATEL, VICK PATEL, which was filed with the Court on January 10, 2012.

It appears that Defendants HARESH PATEL, JAYKAN, INC, SHILPA PATEL, VICK PATEL, have neither filed an answer nor responsive pleading and is subject to default as provided by Rule 55 of the Federal Rules of Civil Procedure.

THEREFORE, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, default is entered against HARESH PATEL, JAYKAN, INC, SHILPA PATEL, VICK PATEL.

This the 12th day of January, 2012.

_____
Clerk