IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:11-CV-633-FL

| | |
|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | ORDER |
| VICK PATEL, individually and d/b/a Jax ) | |
| Sports Grill; and JAYKAN, INC., a business ) | |
| entity d/b/a Jax Sports Grill; ) | |
| ) | |
| Defendants. ) | |

This matter is before the court on plaintiff's motion for default judgment (DE # 11), filed February 13, 2012. The court held hearing on this motion July 6, 2012, at the United States Courthouse in New Bern, North Carolina, with plaintiff appearing through counsel Jeremy Todd Browner. For reasons set forth more particularly on the record, plaintiff's motion is GRANTED IN PART. The clerk of court is DIRECTED to enter judgment jointly and severally against defendants Vick Patel, individually and d/b/a Jax Sports Grill, and Jaykan, Inc., a business entity d/b/a Jax Sports Grill, in the amount of $4,800.00, together with attorney's fees in the amount of $1,631.25, and costs in the amount of $485.00.

SO ORDERED, this the 6th day of July, 2012.

LOUISE W. FLANAGAN
United States District Judge