UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

|  |  |  |
|---|---|---|
| G&G CLOSED-CIRCUIT EVENTS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| | ) | No. 5:11-CV-633-FL |
| | ) | |
| HARESH PATEL, individually and | ) | |
| d/b/a Jax Sports Grill; VICK PATEL, | ) | |
| individually and d/b/a Jax Sports Grill; | ) | |
| SHILPA PATEL, individually and | ) | |
| d/b/a Jax Sports Grill; and, JAYKAN, | ) | |
| INC., a business entity d/b/a Jax | ) | |
| Sports Grill, | ) | |
| | ) | |
| Defendants. | ) | |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of plaintiff's Motion for Default Judgment as to all defendants.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered July 6, 2012 and supplemented July 25, 2012, that plaintiff's Motion for Default Judgment is granted in part. Judgment is hereby entered jointly and severally against defendants Vick Patel, individually and d/b/a Jax Sports Grill, and Jaykan, Inc., a business entity d/b/a Jax Sports Grill, in the amount of $4,800.00, together with attorney's fees in the amount of $1,631.25, and costs in the amount of $485.00.

<u>**This Judgment Filed and Entered on July 26, 2012, and Copies To:**</u>

Jeremy Todd Browner (via CM/ECF Notice of Electronic Filing)
Haresh Patel d/b/a Jax Sports Grill (via U.S. Mail) 4531 Pale Moss Drive, Raleigh, NC 27606
Vick Patel d/b/a Jax Sports Grill (via U.S. Mail) 4531 Pale Moss Drive, Raleigh, NC 27606
Shilpa Patel d/b/a Jax Sports Grill (via U.S. Mail) 4531 Pale Moss Drive, Raleigh, NC 27606
JAYKAN, Inc., a business entity d/b/a Jax Sports Grill (via U.S. Mail) 4531 Pale Moss Drive, Raleigh, NC 27606

This 26th day of July, 2012.      JULIE A. RICHARDS, CLERK

                                   /s/ Christa N. Baker

                               (By) Christa N. Baker, Deputy Clerk